UNITED STATES, Appellee

v

RONNIE C. GOAD, Airman Apprentice, U. S. Navy, Appellant

18 USCMA 371, 40 CMR 83

No. 21,923

May 23, 1969

*Captain Jeffery W. Maurer*, USMCR, was on the pleadings for Appellant, Accused.

*Colonel C. R. Larouche*, USMC, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

Following a guilty plea, the accused was convicted by a special court-martial at the U. S. Naval Air Station, Jacksonville, Florida, of absence without leave, in violation of Article 86, Uniform Code of Military Justice, 10 USC § 886. He was sentenced to a bad-conduct discharge, confinement at hard labor for three months, and forfeiture of $106.00 per month for three months. Both the finding and sentence have been approved at each intermediate level of appellate review.

We initially granted review of this case to consider:

Whether the president's instruction that the previous convictions "logically indicate that a more severe sentence should be adjudged," prejudiced the accused.

This same instruction—also containing advice on the matter that "logically indicate that a more lenient sentence should be adjudged"—was the subject of our deliberations in United States v Wright, 18 USCMA 348, 350, 40 CMR 60. In that case, a majority of the Court deemed the instruction correct and proper. Cf. United States v Wheeler, 17 USCMA 274, 38 CMR 72. For the reasons there stated, the same result obtains here.

**371**

The decision of the board of review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent.

I dissent for the reasons set forth in my dissenting opinion in United States v Wright, 18 USCMA 348, 40 CMR 60.